May Term,
1857.

STAFFORD
v.
STAFFORD.

Friday,
May 29.

---

STAFFORD *v.* STAFFORD.

Bill by the wife for divorce and alimony. Cross-bill by the husband. Decree
dismissing the bill, granting the husband a divorce, and allowing the wife
alimony. *Quære*, whether, under our statute, alimony could be decreed to
the wife, after her bill was dismissed.

Friday,
May 29.

APPEAL from the *Morgan* Circuit Court.

*Elizabeth Stafford* filed her petition in the *Morgan* Cir-
cuit Court for a divorce, on the ground of abandonment
and cruel treatment.   At the *May* term, 1854, of that
Court, the defendant, *Benjamin Stafford*, filed an answer
denying the averments in the petition, and a cross-petition
praying a divorce on the ground of refusal to cohabit, aban-
donment, ill treatment of his children, and the impossibility
of a reconciliation.   Mrs. *Stafford* answered the cross-peti-
tion, denying its allegations, and setting up some new mat-
ter; and the appellant replied, denying that new matter.

There was a jury trial of the issues.   The verdict was,
" We, the jury, find for the defendant."

On this verdict the Court below rendered a final decree,
dismissing Mrs. *Stafford's* petition, granting a divorce in

favor of the appellant, and decreeing to the appellee 200 dollars for her alimony.

From this decree touching alimony, *Benjamin Stafford* appeals; and he assigns the allowance of alimony as the only error on which he relies. Both parties, it seems, are satisfied with the decree of divorce.

*Per Curiam.*—Whether it was erroneous to decree alimony to the wife after her bill was dismissed, we leave *in dubio*, upon the construction of the nineteenth section of the act concerning divorces, 2 R. S. p. 237. The error, if any, is beyond our reach. The evidence is not on the record. There was no motion for a new trial, and no objection or exception in any form taken to the ruling of the Circuit Court. See *Gimbel* v. *Smidth*, 7 Ind. R. 627.

The judgment is affirmed, with 3 per cent. damages and costs.

*D. McDonald* and *W. R. Harrison*, for the appellant.